UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NIDAL AWAWDAH,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>WARDEN RICOLCOL,<br><br>　　　　　Respondent. | Case No. 2:24-cv-08633-MRA-AJR<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Second Amended Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge.  The time for filing objections to the Report and Recommendation has passed and no objections have been received.  Accordingly, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

　　　　IT IS ORDERED that Respondent's Motion to Dismiss, converted to a Motion for Summary Judgment, is GRANTED.

\\

\\

1     IT IS FURTHER ORDERED that Judgment be entered dismissing this action
2 WITHOUT PREJUDICE.

5 DATED: April 07, 2025

                              HON. MÓNICA RAMÍREZ ALMADANI
                              UNITED STATES DISTRICT JUDGE