JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NIDAL AWAWDAH,<br><br>    Petitioner,<br><br>  v.<br><br>WARDEN RICOLCOL,<br><br>    Respondent. | Case No. 2:24-cv-08633-MRA-AJR<br><br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

DATED: April 07, 2025

            _____
            HON. MÓNICA RAMÍREZ ALMADANI
            UNITED STATES DISTRICT JUDGE